No. 01–6542. PROCTOR v. UNITED STATES. C. A. 11th Cir.
Certiorari denied.

No. 01–6543. MILLIGAN v. UNITED STATES. C. A. 4th Cir.
Certiorari denied. 

No. 01–6547. PHIPPS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 01–6550. BUTTS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 01–6556. JACKSON v. UNITED STATES. C. A. 9th Cir.
Certiorari denied. 

No. 01–6557. WATKINS v. UNITED STATES. C. A. 4th Cir.
Certiorari denied. 

No. 01–6574. BERBERICH v. UNITED STATES. C. A. 8th Cir.
Certiorari denied. 

No. 01–6579. ARELLANO-ZAVALA v. UNITED STATES. C. A.
9th Cir. Certiorari denied. 

No. 01–6581. ROUSSEAU v. UNITED STATES. C. A. 9th Cir.
Certiorari denied. 

No. 01–6582. SMITH v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 01–6583. SOMERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 01–6585. TANH HUU LAM v. UNITED STATES. C. A. 9th
Cir. Certiorari denied. 

No. 01–6592. PRESSLER v. UNITED STATES. C. A. 3d Cir.
Certiorari denied. 

No. 01–6593. PALACIOS v. UNITED STATES. C. A. 11th Cir.
Certiorari denied. 

No. 01–6594. HAYES v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 01–6595. HENDERSON v. UNITED STATES. C. A. 11th Cir.
Certiorari denied.